**IT IS ORDERED as set forth below:**

**Date: June 5, 2020**

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| TOM ALEX THOMPSON JR. | : | CHAPTER 13 |
| | : | |
| Debtor. | : | CASE NO.: 17-64990-WLH |

==================================================================

## CONSENT ORDER GRANTING
## DEBTOR'S MOTION TO SELL PROPERTY OF THE ESTATE

This matter arose upon Debtor's Motion to Sell Property of the Estate (the "Motion") (Doc.No. 73).

A hearing was held on May 13, 2020. Appearances were made by Howard Slomka, counsel for debtor and Ryan Williams, counsel for Chapter 13 Trustee, and Michelle Hart Ippoliti representing Lakeview Loan Servicing, LLC ("Lakeview"), and Andrew McCullen representing Bank of New York Mellon ("Mellon"). The hearing was reset to June 10, 2020. The Motion seeks Court approval to sell property of the estate located at 3110 Clearwater Drive, Douglasville,

GA 30135 (the "Property"), and to pay off all liens on the Property.

Chapter 13 Trustee does not oppose the Motion and consents to the relief sought therein subject to the terms of this Consent Order.

After review of the record and pleadings in this case, and for good cause shown, it is hereby

**ORDERED** that Debtor's Motion is GRANTED.  The sale of the Property can proceed without further approval of the Court.

**IT IS FURTHER ORDERED** that the mortgages held by Lakeview and by Mellon shall both be paid in full direct from closing proceeds, and shown on the closing statement for the sale. In the event of any shortfall, the buyer of the Property shall increase the sales price in order to fully satisfy both mortgage liens, otherwise, the sale shall remain subject to the express written approval of Lakeview and Mellon.   Upon payment to both lenders at closing, Trustee shall cease funding all claims by Lakeview and Mellon.   All net sales proceeds after payment of closing costs and mortgage satisfactions shall be disbursed to the Chapter 13 Trustee.

**IT IS FURTHER ORDERED** that mortgage lenders shall be permitted to submit an updated payoff demand to the applicable escrow or title company facilitating the sale so that their claims are paid in full at the time the sale of the Property is finalized. In the event that the sale of the Property does not take place, both mortgage lenders shall retain their lien for the full amount due under the applicable loans.

END OF ORDER

Prepared by:

\_\_/s_____
Howard Slomka, Esq.
Attorney for Debtor
Georgia Bar No. 652875
Slipakoff & Slomka, PC
3350 Riverwood Pkwy
Suite 2100
Atlanta, GA 30339


**CONSENT BY:**

\_\_\_\_/s_____            \_\_\_\_/s (with express permission)
Ryan Williams                                                        Laredia Thompson, Co-owner
Ga Bar # 940874.                                                 CONSENT to sale of property
Nancy J. Whaley, Trustee
Suite 120, SunTrust Garden Plaza
303 Peachtree Center Avenue
Atlanta, GA 30303

_____/s_____
Michelle Hart Ippoliti
Ga Bar # 334291
Attorney for Lakeview Loan Servicing, LLC
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, Georgia 30076

\_\_\_\_\_/s (with express permission)\_\_\_\_
Andrew McCullen
GA Bar # 872658
Attorney for Bank of New York Mellon
Aldridge | Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E.
Suite 500
Atlanta, GA 30305


DISTRIBUTION LIST

All parties on Debtor's mailing matrix